CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
AUG 01 2007
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAMIAN ANTONIO MURPHY,<br>　　Plaintiff, | Civil Action No. 7:07CV00273 |
| v. | ORDER |
| AGENT BRIAN SNEDECKER, et al.,<br>　　Defendants. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1); any pending motions are hereby **DENIED** as **MOOT**; and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this Order and accompanying Memorandum Opinion to Plaintiff and to counsel of record for the Defendants, if known.

ENTER: This 1st day of August, ~~July,~~ 2007

　　　　　　　　　　　　　　　　　　/s/ Jackson L. Kiser
　　　　　　　　　　　　　　　　　　Senior United States District Judge